UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARLIN DEVON HOLLAND,

        Petitioner,                                         Case Number: 2:08-CV-13558

v.                                                          Honorable Patrick J. Duggan

HUGH WOLFENBARGER,

        Respondent.
_____/

## JUDGMENT

On August 18, 2008, Petitioner Marlin Devon Holland filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is presently in the custody of the Michigan Department of Corrections pursuant to convictions in 2002 for armed robbery, assault with intent to murder, felon in possession of a firearm, and possession of a firearm during the commission of a felony. Petitioner's convictions arise from the robbery and shooting of an attendant at a Mobile gas station on July 17, 2002. In an Opinion and Order issued on this date, the Court denied Petitioner's request for habeas relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED WITH PREJUDICE**.

DATE: December 8, 2010

                                                        s/PATRICK J. DUGGAN
                                                        UNITED STATES DISTRICT JUDGE

Copies to:

Marlin Devon Holland, #177944
Lakeland Correctional Facility
141 First St.
Coldwater, MI   49036

AAG Brian O. Neill